IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ROTHSCHILD PATENT IMAGING LLC, | § § § |
| Plaintiff, | § § |
| vs. | § § |
| ON1, INC., | § § § |
| Defendant. | § § § |

Case No: 3:22-cv-01212

PATENT CASE

JURY TRAIL DEMANDED

## COMPLAINT

Plaintiff Rothschild Patent Imaging LLC ("Plaintiff" and/or "RPI") files this original Complaint against ON1, Inc. ("Defendant" and/or "ON1") for infringement of United States Patent No. 8,437,797 ("the '797 Patent").

## PARTIES AND JURISDICTION

1. This is an action for patent infringement under Title 35 of the United States Code. Plaintiff is seeking injunctive relief as well as damages.

2. Jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331 (Federal Question) and 1338(a) (Patents) because this is a civil action for patent infringement arising under the United States patent statutes.

3. Plaintiff is a Texas limited liability company having an address at 1 East Broward Boulevard, Suite 700, Ft. Lauderdale, FL 33301.

4. On information and belief, Defendant is an Oregon corporation with a place of business at 15333 SW Sequoia Pkwy, Ste 150, Portland, OR 97224. On information and belief, Defendant may be served through its registered agent, Karen Wilcke, PO Box 7626, Salem, OR 97303.

5. On information and belief, this Court has personal jurisdiction over Defendant because Defendant has committed, and continues to commit, acts of infringement in this District, has conducted business in this District, and/or has engaged in continuous and systematic activities in this District.

6. On information and belief, Defendant's instrumentalities that are alleged herein to infringe were and continue to be used, imported, offered for sale, and/or sold in this District.

## VENUE

7. Venue is proper in this District pursuant to 28 U.S.C. § 1400(b) because Defendant is deemed to reside in this District. Alternatively, acts of infringement are occurring in this District and Defendant has a regular and established place of business in this District.

## COUNT I
### (INFRINGEMENT OF UNITED STATES PATENT NO. 8,437,797)

8. Paragraphs 1-7 are incorporated herein.

9. This cause of action arises under the patent laws of the United States and, in particular, under 35 U.S.C. §§ 271, et seq.

10. Plaintiff is the owner by assignment of the '797 Patent with sole rights to enforce the '797 patent and sue infringers.

11. A copy of the '797 Patent, titled "Wireless Image Distribution System and Method," is attached hereto as Exhibit A.

12. The '797 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

13. On information and belief, Defendant has infringed and continues to infringe one or more claims (at least by having its employees, or someone under Defendant's control, test the accused product), including at least Claim 16 of the '797 Patent by making, using, importing,

selling, and/or offering for sale network storage systems including hardware, software and firmware, covered by at least Claim 16 of the '797 Patent.

14. On information and belief, Defendant sells, offers to sell, and/or uses network storage systems and methods including, without limitation, the ON1 and/or ON1 Raw photo, media, and file storage and sharing system, and any similar products ("Product"), which infringe at least Claim 16 of the '797 Patent.

15. The Product uses an image capturing device to perform a method. The Product receives and filters photographic images from cameras. The Product also shares the images according to certain conditions. Certain aspects of this element are illustrated in the screenshots below, and/or the screenshots provided in connection with other elements discussed herein.



Source: https://play.google.com/store/apps/details?id=com.on1.onmobile&hl=en_IN&gl=US

16. The Product practices receiving a plurality of images. For example, the Product provides for receiving multiple photos from a user device and receiving the photos in a photo

library. The Product's app can access captured images (e.g., images stored on a smartphone) and allow a user to transfer the images to other users. Certain aspects of this element are illustrated in the screenshots below, and/or the screenshots provided in connection with other elements discussed herein.



Source: https://play.google.com/store/apps/details?id=com.on1.onmobile&hl=en_IN&gl=US

> Great photos are everywhere you look, and inspiration can come at any time. With ON1 RAW for Mobile you can capture, edit, and organize on the go. The camera captures pro-grade raw format photos with all the manual controls you need. You can edit anywhere too; adjust color and tone using the same raw processing engine as ON1 Photo RAW.

> **ORGANIZE**
> Add star ratings, likes, dislikes, or rejects. <u>Designed to help you find photos in your photo library, based on a variety of criteria specific to photos and the metadata embedded in them. Search and filter your library with text, as well as likes and star ratings.</u> Adjust the grid sort order in a number of different ways

Source: https://play.google.com/store/apps/details?id=com.on1.onmobile&hl=en_IN&gl=US

17. The Product practices filtering the plurality of photographic images (e.g., sorting the photos) using a transfer criteria (e.g., by person, scene, location, date range, etc.). Certain aspects of this element are illustrated in the screenshots below, and/or the screenshots provided in connection with other elements discussed herein.



Source: https://play.google.com/store/apps/details?id=com.on1.onmobile&hl=en_IN&gl=US

Great photos are everywhere you look, and inspiration can come at any time. With ON1 RAW for Mobile you can capture, edit, and organize on the go. The camera captures pro-grade raw format photos with all the manual controls you need. You can edit anywhere too; adjust color and tone using the same raw processing engine as ON1 Photo RAW.

ORGANIZE
Add star ratings, likes, dislikes, or rejects. Designed to help you find photos in your photo library, based on a variety of criteria specific to photos and the metadata embedded in them. Search and filter your library with text, as well as likes and star ratings. Adjust the grid sort order in a number of different ways

Source: https://play.google.com/store/apps/details?id=com.on1.onmobile&hl=en_IN&gl=US

  18. The Product practices transmitting, via a wireless transmitter and to a second image capturing device, the filtered plurality of photographic images. For example, files of

filtered photos can be shared with other mobile devices. The Product enables a user to search, download, and share photos to a second image capturing device (e.g., another mobile device or a computer). Certain aspects of this element are illustrated in the screenshots below, and/or the screenshots provided in connection with other elements discussed herein.



Source: https://play.google.com/store/apps/details?id=com.on1.onmobile&hl=en_IN&gl=US
Source: https://www.on1.com/products/resize/?coupon=CYBERWEEK

19. When using the Product to share photos with a group (e.g., social media group or private group), the image capturing device and the second mobile device are disposed in a selectively paired relationship with one another based upon an affinity group associated with the second mobile device (e.g., the users of both devices belong to the same social media group and may send images to each other as well as other users). Certain aspects of this element are illustrated in the screenshots below, and/or the screenshots provided in connection with other elements discussed herein.



**OTHER SHARING OPTIONS (MACOS ONLY)**

In addition to SmugMug publishing, the MacOS version of ON1 Photo RAW 2020 includes other photo-sharing options, including:

- **Mail:** Creates a new email message in Apple Mail with the shared photo.
- **AirDrop:** Uses Apple's AirDrop networking feature to share with local MacOS or iOS devices.
- **Notes:** Adds the shared photo to Apple's Notes app. You can choose to create a new note, or add the photo to an existing note.
- **Messages:** Shares photo to Apple's Messages app.
- **Add to Photos:** Adds the photo to Apple's Photos app.
- **SmugMug:** Post photos to the SmugMug service (see page 178 for details).

All of the sharing options perform the same operation: Photo RAW exports a full-size JPEG of the selected photo and shares it with the selected target from the list.

Source: https://ononesoft.cachefly.net/content/ON1-Photo-RAW-2020-1-User-Guide.pdf

**ON1 360**

Access your photos seamlessly between your computers and mobile devices. ON1 360 gives you access to your photos to view, organize, edit, and share them between your computers using Photo RAW and your mobile devices using ON1 Photo RAW for Mobile. With ON1 360 you unlock all the powerful tools the mobile app offers.

**ORGANIZE**

Add star ratings, likes, dislikes, or rejects. Designed to help you find photos in your photo library, based on a variety of criteria specific to photos and the metadata embedded in them. Search and filter your library with text, as well as likes and star ratings. Adjust the grid sort order in a number of different ways

Source: https://play.google.com/store/apps/details?id=com.on1.onmobile&hl=en_IN&gl=US

20.   Defendant's actions complained of herein will continue unless Defendant is enjoined by this Court.

21.   Defendant's actions complained of herein are causing irreparable harm and monetary damage to Plaintiff and will continue to do so unless and until Defendant is enjoined and

restrained by this Court.

22.     Plaintiff is in compliance with 35 U.S.C. § 287.

## JURY DEMAND

23.     Under Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff respectfully requests a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff asks the Court to:

(a)     Enter judgment for Plaintiff on this Complaint on all causes of action asserted herein;

(b)     Enter an Order Enjoining Defendant, its agents, officers, servants, employees, attorneys, and all persons in active concert or participation with Defendant who receive notice of the order from further infringement of United States Patent No. 8,437,797 (or, in the alternative, awarding Plaintiff a running royalty from the time of judgment going forward);

(c)     Award Plaintiff damages resulting from Defendant's infringement in accordance with 35 U.S.C. § 284;

(d)     Award Plaintiff pre-judgment and post-judgment interest and costs; and

(e)     Award Plaintiff such further relief to which the Court finds Plaintiff entitled under law or equity.

Dated: August _17_, 2022           Respectfully submitted,

_____
**Conner G. Spani**
PO Box 47162
Seattle, WA 98146
Phone: 206-579-8781
conner.spani@spanilaw.com

**ATTORNEYS FOR PLAINTIF**