# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **ROTHSCHILD PATENT IMAGING LLC,** | § § § § |
| Plaintiff, | § § Case No: 3:22-cv-01212-MO § § PATENT CASE |
| vs. | § § JURY TRAIL DEMANDED § |
| ON1, INC., | § § |
| Defendant. | § § |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Rothschild Patent Imaging LLC, and Defendant ON1, Inc., by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims asserted by the Plaintiff in this Action are dismissed with prejudice and all counter-claims asserted by the Defendant in this Action are dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

This Stipulation and Order shall finally resolve the Action between the parties.

Dated: September 30, 2022.                Respectfully submitted,

*/s/Conner G. Spani*
**Conner G. Spani**
PO Box 47162
Seattle, WA 98146
Phone: 206-579-8781
conner.spani@spanilaw.com

**ATTORNEYS FOR PLAINTIFF**

SAALFELD GRIGGS PC

By */s/Daniel S. Reynolds*
Daniel S. Reynolds, OSB No. 154079
Email: dreynolds@sglaw.com
Garrett T. Urrutia, OSB No. 213336
Email: gurrutia@sglaw.com
Phone: (503) 399-1070
Fax: (503) 371-2927
Of Attorneys for Defendant On1, Inc.

FISH & RICHARDSON PC

Neil J. McNabnay, TX Bar No. 24002583
Email: mcnabnay@fr.com
Ricardo Bonilla, TX Bar No. 24082704
Email: rbonilla@fr.com
Michael A. Vincent, TX State Bar No. 24105738
Email: vincent@fr.com
Sarika N. Patel, TX Bar State No. 24073520
Email: patel@fr.com
Phone: (214) 747-5070
Of Attorneys for Defendant On1, Inc.
(Pro Hac Vice Applications Forthcoming)

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 30, 2022, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies have been served on those indicated as non-registered participants.

                                        */s/ Conner G. Spani*
                                        **Conner G. Spani**